Bruce Brewer, OSB No. 925581
brucebrewerusdccases@gmail.com
PO Box 421
West Linn, OR 97068
503-621-6633
Attorney for Plaintiff

Bruce Brewer, OSB No. 925581
brucebrewerusdccases@gmail.com
PO Box 421
West Linn, OR 97068
503-621-6633
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

**VINCENT DAVIS,**                                      Case No. 3:15-cv-00843-SI

       Plaintiff,

vs.                                                        ORDER

**COMMISSIONER of Social Security**,

       Defendant.

Pursuant to 42 U.S.C. § 406(b), it is hereby ORDERED that an attorney fee in the amount of $26,632.00 is awarded to Plaintiff's attorney. The Court finds this a reasonable fee. When issuing the check for this fee the Social Security Administration shall subtract the amount of the previously paid EAJA fee ($6,500) and send the balance of $20,132.00, minus any user fee, by check made payable to Bruce Brewer to him at PO Box 421, West Linn, OR 97068. Any amount withheld after all administrative and court attorneys fees have been paid shall be released to Plaintiff.

ORDERED this __10th__ day of __October_____, 2017

                                                           /s/ Michael H. Simon_____
                                                           The Honorable Michael H. Simon
                                                           U.S. District Court Judge

Presented by:
Bruce W. Brewer, OSB No. 925581
503-621-6633

ORDER - Page 1